UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*In re BAYCOL PRODUCTS LITIGATION*

MDL No. 1431
(MJD)

This Document Relates to:

*William Bond, et al., v. Bayer Corp., et al.*

Case No. 03-4837

### STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and counsel for defendants that the claims of plaintiff John Hines against defendants may be and are hereby voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). The parties shall each bear their own costs. This dismissal shall not affect the claims of the remaining plaintiffs in this action.

Dated: 6/16/06

_____
Turner W. Branch
Branch Law Firm
2025 Rio Grande Blvd., N.W.
Albuquerque, NM 87104
(505) 243-3500

*Counsel for Plaintiffs*

SCANNED
JUN 28 2006
U.S. DISTRICT COURT MPLS

Dated: 6/20/06

_____
Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation and Bayer AG*

IT IS HEREBY ORDERED, pursuant to the above Stipulation, that plaintiff John Hines is dismissed with prejudice.

DATED: __JUN 2 8 2006__

_____
The Honorable Michael J. Davis
United States District Court

*Bond*, No. 03-4837